UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY SUE HARLAN and GLEN C. HEMPHILL, <br><br> Plaintiffs, <br> v. <br><br> ROADTREK MOTORHOMES, INC., et al., <br><br> Defendants. | Case No. 07cv0686-IEG (BLM) <br><br> **ORDER CONTINUING PRETRIAL DATES** |

In light of the District Judge's recent order continuing the summary judgment motion hearing date [Doc. No. 60], the Court hereby continues the following dates and deadlines:

1. Counsel shall serve on each other and file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before **February 17, 2009**. On or before this date, the parties must also comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3). The parties should consult Fed. R. Civ. P. 26(a)(3) for the substance of the required disclosures.

2. Counsel shall confer and take the action required by Local Rule 16.1(f)(4) on or before **February 23, 2009**. At this meeting, counsel shall discuss and attempt to enter into stipulations and

1  agreements resulting in simplification of the triable issues.  Counsel
2  shall exchange copies and/or display all exhibits other than those to be
3  used for impeachment, lists of witnesses and their addresses including
4  experts who will be called to testify, and written contentions of
5  applicable facts and law.  The exhibits shall be prepared in accordance
6  with Local Rule 16.1(f)(2)(c).   Counsel shall cooperate in the
7  preparation of the proposed final pretrial conference order.
8       3.   The proposed final pretrial conference order, including
9  written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3)
10 pretrial disclosures, shall be prepared, served, and submitted to the
11 Clerk's Office on or before **March 2, 2009** and shall be in the form
12 prescribed in and in compliance with Local Rule 16.1(f)(6).   Any
13 objections shall comply with the requirements of Fed. R. Civ. P.
14 26(a)(3).  **Please be advised that the failure to file written objections**
15 **to a party's pretrial disclosures may result in the waiver of such**
16 **objections, with the exception of those made pursuant to Rules 402**
17 **(relevance) and 403 (prejudice, confusion or waste of time) of the**
18 **Federal Rules of Evidence.**
19      4.   The final pretrial conference is scheduled on the calendar of
20 the Honorable Irma E. Gonzalez on **March 9, 2009** at **10:30 a.m.**  The trial
21 date will be assigned by Judge Gonzalez at the pretrial conference.
22      5.   The dates and times set forth herein will not be modified
23 except for good cause shown.
24      **IT IS SO ORDERED.**
25 DATED: November 24, 2008

                                     _____
                                     BARBARA L. MAJOR
                                     United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
U.S. DISTRICT JUDGE

ALL COUNSEL